IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01203-AP

KAREN L. HAMRICK,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASE**

**1.　APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| | |
|---|---|
| Rick P. Sauer<br>700 Macon Avenue<br>Canon City, CO 81212<br>719-275-7591<br>rps@bresnan.net<br>ricksauer@msn.com<br><br>Attorney for Plaintiff | TROY A. EID<br>United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>Debra J. Meachum<br>Special Assistant U.S. Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado  80294<br>Telephone:  (303) 844-1570<br>debra.meachum@ssa.gov<br>Attorneys for Defendant |

**2.　STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act,
42 U.S.C. 405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

    A.    Date Complaint Was Filed: 6/7/07
    B.    Date Complaint Was Served on U.S. Attorney's Office: 6/30/07
    C.    Date Answer and Administrative Record Were Filed:   8/30/07

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Counsel for Plaintiff states that the record is complete.
To the best of her knowledge, Counsel for Defendant states that the record is complete.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Plaintiff states:**   None anticipated..
**Defendant states:**  None anticipated.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**Counsel for Plaintiff states:**   To the best of his knowledge, this case does not involve unusual claims or defenses.
**Counsel for Defendant states:**  To the best of her knowledge, this case does not involve unusual claims or defenses.

7. **OTHER MATTERS**

**Plaintiff states:**   None anticipated..
**Defendant states:**  None anticipated.

8. **PROPOSED BRIEFING SCHEDULE**

Because of workload, counsel for the Commissioner requests that the briefing schedule commence later than 40 days after the filing of this Joint Case Management Plan. Counsel for both parties agree to the following proposed briefing schedule:

    **A.**    **Plaintiff's Opening Brief Due:**    12/17/07
    **B.**    **Defendant's  Response Brief Due:**    1/17/08
    **C.**    **Plaintiff's  Reply Brief Due:**    1/30/08

9. **STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**    **Plaintiff's Statement:**.   Oral argument NOT requested.
    **B.**    **Defendant's Statement:**  Oral argument NOT requested.

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

     A.  ( ) **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

     B.  ( x ) **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.     OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

DATED this <u>21st</u> day of September, 2007.

                                       BY THE COURT:

                                       *S/John L. Kane*
                                       U.S. DISTRICT COURT JUDGE

- 4 -

APPROVED:

| | |
|---|---|
| s/Rick P.Sauer 9/20/07 <br><br> Rick P. Sauer <br> 700 Macon Avenue <br> Canon City, CO 81212 <br> 719-275-7591 <br> rps@bresnan.net <br> ricksauer@msn.com <br><br> Attorney for Plaintiff | TROY A. EID <br> United States Attorney <br><br> KEVIN TRASKOS <br> Deputy Chief, Civil Division <br> United States Attorney's Office <br> District of Colorado <br> Kevin.Traskos@usdoj.gov <br><br> By:  s/Debra J. Meachum 9/20/07 <br>     Debra J. Meachum <br>     Special Assistant U.S. Attorney <br>     1961 Stout Street, Suite 1001A <br>     Denver, Colorado  80294 <br>     Telephone:  (303) 844-1570 <br>     debra.meachum@ssa.gov <br>     Attorneys for Defendant. |